UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RANDOLPH LEIDL, et al.,

                         Plaintiffs,                      **ORDER**
                                                          CV 10-5899 (JFB)(ARL)

      -against-

THE LAW OFFICE OF THOMAS LANDIS, et al.,

                         Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiffs' motion seeking to compel the defendants to respond to their interrogatories and request for the production of documents, to require the defendants to provide responses without objection pursuant to Fed. R. Civ. P. 33(b)(4), and to deem their requests for admissions admitted. The defendants were served with the requests on April 25, 2011 and have not responded to date. Nor have they responded to this letter application. Accordingly, the plaintiffs' application is granted, in part, as unopposed. The defendants must respond to all outstanding discovery by August 5, 2011. The court will provide the defendants with one final opportunity to interpose a response with objections. If the defendants fail to respond by August 5, 2011, the requests to admit will be deemed admitted and the defendants will be barred from objecting to any of the responses.

Dated: Central Islip, New York                        **SO ORDERED:**
         July 28, 2011

                                                               _____/s/_____
                                                               ARLENE ROSARIO LINDSAY
                                                               United States Magistrate Judge